# Exhibit A
















amazon Deliver to Bensenville 60106 | All | KTM relay | Hello, Sign in Account | Returns & Orders | 0

All | Gift Cards | Best Sellers | Prime | Customer Service | New Releases | Find a Gift | Whole Foods | AmazonBasics | Today's Deals | Sell | Coupons | Shop Holiday Deals now

Automotive | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care | Motorcycle & Powersports | Truck | RV | Tires & Wheels | Vehicles

Automotive › Replacement Parts › Switches & Relays › Relays › Accessory Power

Roll over image to zoom in

# AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash

Visit the Audew Store

1,073 ratings | 108 answered questions

Price: $9.99 FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime & FREE Returns

Coupon ☐ Save an extra $4.00 when you apply this coupon.
Details

Get $60 off instantly: Pay $0.00 upon approval for the Amazon Rewards Visa Card. No annual fee.

- Completely waterproof design. Work for most Motorcycles such as Honda, Kawasaki, KTM Suzuki, Yamaha and many other brands as well
- Directly replace the OEM two-pin flasher.
- Eliminate the need for tapping wires to install the load resistors.
- Allow LED bulbs to blink at the normal rate.
- The Max Power of the relay is 42W, which mean the power of your ( all ) LED bulbs must low than 42 W. If more than 42 W, load resistors may be required.

› See more product details

$9.99

FREE Shipping on orders over $25.00 shipped by Amazon or get **Fast, Free Shipping** with Amazon Prime & FREE Returns

Arrives: **Tuesday, Dec 8** Details

Fastest delivery: **Saturday, Dec 5** Details

In Stock.

Qty: 30

Add to Cart

Buy Now

Secure transaction

Ships from Amazon
Sold by Race_ing

Return policy: Returnable until Jan 31, 2021

prime

**Enjoy fast, FREE delivery, exclusive deals and award-winning movies & TV shows with Prime**
Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add gift options

Deliver to Bensenville 60106

Add to List

Share

Have one to sell?
Sell on Amazon

## Frequently bought together

Total price: $29.97
Add all three to Cart
Add all three to List

- ☑ **This item:** AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash $9.99
- ☑ 2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash $9.99
- ☑ Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches Handlebar… $9.99

## More items to explore

Page 1 of 17

| | | | | |
|---|---|---|---|---|
| 2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash | Kawell Motorcycle Switch Light Turn Signal Switch Dirt Bike Horn Head Light 7/8 Inches… | 4 X Motorcycle Motorbike Turn Signal LED Light Indicator For Yamaha Honda Suzuki… | LemonBest 4pcs 12V Universal Motorcycle Motorbike Turn Signal Indicator Blinker… | PerfecTech 1pair Metal Motorcycle Modified Turn Signal Light Indicator Mount… |
| 664 | 411 | 498 | 328 | 380 |
| $9.99 | $9.99 | $13.01 | $13.99 | $9.50 |

## Brands related to this category on Amazon

Sponsored

TWTADE
Coil Electromagnetic Power Relay
Shop TWTADE ›

Find Your Relay
Shop IRHAPSODY ›

EHDIS
Professio
Shop EHDIS

## Special offers and product promotions

- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**
- Your cost could be **$0.00 instead of $9.99**! Get **$10.00 off instantly** as a gift card upon approval for the **Amazon.com Store Card.** Learn more.

12/2/2020   Amazon.com: AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash: Automotive

Case: 1:21-cv-01280 Document #: 47-1 Filed: 05/22/21 Page 3 of 10 PageID #:1767

## Have a question?

Find answers in product info, Q&As, reviews

🔍 Type your question or keyword

## Product information

| Technical Details | |
|---|---|
| Manufacturer | AUDEW |
| Brand | Audew |
| Item Weight | 0.634 ounces |
| Product Dimensions | 2.3 x 1.5 x 1.5 inches |
| Item model number | AUDEWQUTsKUs5G |
| Is Discontinued By Manufacturer | No |
| Manufacturer Part Number | AUDEWQUTsKUs5G |
| Folding | No |
| Voltage | 12 Volts |

| Additional Information | |
|---|---|
| ASIN | B011BTMDQM |
| Customer Reviews | ★★★★☆ ▾  1,073 ratings<br>4.3 out of 5 stars |
| Best Sellers Rank | #11,085 in Automotive (See Top 100 in Automotive)<br>#4 in Automotive Replacement Accessory Power Relays |
| Date First Available | July 10, 2015 |

| Warranty & Support |
|---|
| **Product Warranty:** For warranty information about this product, please click here |

| Feedback |
|---|
| Would you like to **tell us about a lower price?** ▾ |

## Videos

Page 1 of 2

### Videos for this product


**1:29**
**Customer Review:** Will NOT work for 100% LED Only conversion
huhb


**0:09**
**Customer Review:** Works great for 1972 Honda cb350
Amy Senter


**0:52**
**Customer Review:** blinking speed adjustable ! It totally deserves…
EAGLE 1


**0:08**
**Customer Review:** Perfect Replacement Relay
thinkulost


Works w/ Bike Run…
Ryan

Upload your video

## Product description

The Max power of the relay is 42W, which mean the power of your ( all ) LED bulbs must low than 42W. If more than 42 W, load resistors may be required.

This auction feature this 2-Pin Electronic LED Flasher Relay, works for most motorcycle/bike to fix the LED bulbs related turn signal light hyper flashing, not function properly issues.

By using this 2-pin LED flasher, you can install the LED bulbs for the motorcycle/bike for turn signal lights without have to cut the wires to install the load resistors and completely eliminate the LED rapid flashing problems.

Besides, this 2-pin Electronic LED Flasher is also speed adjustable. You can use a flat head screw driver to adjust the knob on the bottom to set its flashing speeds from 50c/m to 200c/m.

**More Details :**
- Operating Voltage: 12V
- Max Power: 42W
- Flashing Frequency: 50 times/min to 200 times/min
- Switch Power: 0.02A to 12A
- Operating Temperature: -40°C to +80°C Work to replace most 2-pin flasher

**Package Included:**
- 1 x 2-Pin Relay

**About the Brand:**
- Brand Name: AUDEW
- Our Vision : Provide the most cheap beauty products to help you upgrade your beloved vehicle and let you feel the most sincere service Your encourage is our motivation to discover the trend of fashion and create your dreaming products. Make your car outstanding , enjoy your life.

**Tips :**
- If you find that it can not work with your led system when use it, Please contact us by Amazon email, we will give you a full refund.

## Products related to this item

Page 1 of 43

Sponsored 

12/2/2020 Amazon.com: 2pcs DC 12V Electronic Turn Signal Flasher Relay 2 Pin Motorcycle Turn Signal Hyper Flash: Automotive

Case: 1:21-cv-01280 Document #: 47-1 Filed: 05/22/21 Page 4 of 10 PageID #:1768

     

| 4 Pack Universal 2-Pin LED Turn Signal Flasher Relay 12V Motorcycle Electronic Flas... | 2 Pack 12V 2-Pin Motorcycle Adjustable Flasher Turn Signal LED Flasher Relay Hyper ... | Mx-M 2-Pin Electronic Turn Signal Flasher Relay For Motorcycle | MGI SpeedWare 2-Pin Silent Flasher Relay for LED Turn Signal - Hyper Flash Fix (1-P... | 2-Pin Electronic LED Flasher Relay FIX Motorcycle Turn Signal Bulbs Hyper Flash | Akozon 12V 2 Pin Electronic Turn Signal Flasher Relay LED Adjustable Fix for... |
| --- | --- | --- | --- | --- | --- |
| ★★★★½ 37 | ★★★★½ 43 | ★★★☆☆ 2 | ★★★★½ 326 | ★★★★½ 664 | ★★★★★ 8 |
| $15.99 prime | $11.99 prime | $6.99 | $6.99 prime | $9.99 prime | $13.09 prime |

## Products related to this item
Sponsored · Page 1 of 41

     

| Perfect Replacement 12V Heavy Duty 2 Pin Compatible LED Electronic Flasher... | 4 Pack Universal 2-Pin LED Turn Signal Flasher Relay 12V Motorcycle Electronic Flas... | 2PCS 12V Flasher for LED Relay Turn Signal Relay Motorcycle Flasher Relay for Cars ... | 2 Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash M... | 2 Pack 12V 2-Pin Motorcycle Adjustable Flasher Turn Signal LED Flasher Relay Hyper ... | 12V Speed Adjustable 2 Pin Direct Replacement Compatible LED Electronic Flasher Rel... |
| --- | --- | --- | --- | --- | --- |
| ★★★★½ 53 | ★★★★½ 37 | ★★★★★ 1 | ★★★★☆ 32 | ★★★★½ 43 | ★★★★½ 371 |
| $9.99 prime | $15.99 prime | $11.99 prime | $9.79 prime | $11.99 prime | $9.79 prime |

## Customer questions & answers

🔍 Have a question? Search for answers

**3 votes**
**Question:** Does this flasher emit any sound when flashing..? Beeping, clicking, etc...?
**Answer:** No noise at all,works good with led flashers.
By Tony W. on May 7, 2017
˅ See more answers (4)

**3 votes**
**Question:** will this flasher do mix of standard and led bulbs?
**Answer:** I tried that very same flasher. The first time it worked and then we tried it a couple das later and it would only come on but not flash.
By Robert O. Forsha on January 16, 2017
˅ See more answers (2)

**1 vote**
**Question:** Flasher will not work on my 100% led turn signals. How do i make this work
**Answer:** I had the same problem with this flasher. I added a 330 ohm resistor connected from the 'L' (Lamp) terminal to ground in order to provide sufficient voltage to drive the flasher circuit. LED flasher circuit now pulls about 200 mA and works perfectly!.
By Bob Goppold on October 4, 2019
˅ See more answers (5)

**0 votes**
**Question:** Will it work on my 05 Victory Vegas?
**Answer:** It will work on anything that is 2 pin. You may have to change the connection point. This works very well with L.E.D a well. You can speed the flash up or slow it down. Hope this helps.
By Charles hailey on July 17, 2017
˅ See more answers (1)

See more answered questions (104)

## Customer reviews

★★★★½ 4.3 out of 5
1,073 global ratings

| | | |
|---|---|---|
| 5 star | ████████████████░░░ | 72% |
| 4 star | ██░░░░░░░░░░░░░░░░░ | 10% |
| 3 star | █░░░░░░░░░░░░░░░░░░ | 7% |
| 2 star | ░░░░░░░░░░░░░░░░░░░ | 2% |
| 1 star | █░░░░░░░░░░░░░░░░░░ | 9% |

˅ How are ratings calculated?

### By feature
| | | |
|---|---|---|
| Easy to install | ★★★★½ | 4.6 |
| Sheerness | ★★★★½ | 4.5 |

## Customer images

   

See all customer images

### Read reviews that mention

| led turn | flash rate | turn signal | plug and play | easy to install |
| works well | led lights | honda grom | adjust the flash | current draw |
| like a charm | led bulbs | blink rate | tail light | flash speed |

| Value for money |  4.3 |

→ See more

## Review this product

Share your thoughts with other customers

Write a customer review

Top reviews ▼

## Top reviews from the United States

**Amazon Customer**

 **Watch the video review, does NOT work with 100% LED.**

Reviewed in the United States on August 3, 2017

Verified Purchase

Do yourself a favor and watch the video review (https://www.amazon.com/gp/customer-reviews/R1W34YQB9W8GC1?ref=va_cr_lb) showing how this flasher does NOT work with 100% LED systems (or my particular unit is junk). Wish I did. Minimum current draw is advertised at 0.02A. EACH bulb I'm using is 0.22A so in theory it should work. When adding an incandescent bulb to the circuit the flasher worked properly, so the likelihood of a faulty unit is minimal. What a waste of $7. I will be purchasing another relay from another seller.

EDIT: Note to anyone shopping for LED relays. After some shopping, a common theme between real "no load" flashers is a third pin or ground cable. This ground cable allows the relay to function independently from the bulb load, the relay being controlled by a separate circuit. Thereby allowing the lights to flash at the same specified rate, no matter how large or small the load is. In short, unless a resistor is built into the circuit, NO 2 pin relay will work.

26 people found this helpful

Helpful | Comment | Report abuse

**drew**

 **Added turn signlas to my dirt bike**

Reviewed in the United States on November 7, 2018

Verified Purchase

Made my dirt bike street legal and wanted turn signals. This worked perfect. Simply wire inline with either wire from blinker.

Example. You could have the - or black wire from battery to one connection on relay. then from second relay to one wire from blinker switch. then from second wire on blinker switch to - or black on light. the red or + cable from light to battery +.

25 people found this helpful

Helpful | Comment | Report abuse

**Amy Senter**

 **Works great for 1972 Honda cb350**

Reviewed in the United States on October 20, 2018

Verified Purchase

 Installed on my 1972 CB350. Worked great and adjusting the blinker speed was very simple. I upgraded all my OEM bulbs to LED and this worked like a charm. It doesn't make a clicking sound, just FYI. So far it's working great. Will update if I have any issues.



28 people found this helpful

Helpful | Comment | Report abuse

**Adventure_Some**

 **Just installed...**

Reviewed in the United States on March 7, 2019

Verified Purchase

Put this flasher on my 1994 DR 350 SE and blinkers worked perfect right away.

The erratic flashing stopped caused by my new LED blinkers. Also, was easy to install. If for some reason flasher unit stops working, I will update this review.

10 people found this helpful

Helpful | Comment | Report abuse

**Rob**

 **Perfect!**

Reviewed in the United States on May 7, 2018

Verified Purchase

Exactly what I was looking for. I am converting my 1983 Yamaha Virago xv920 into a cafe racer. When installing the new turn signals which are a smaller and lesser wattage than the originals, I could not get the original relay to function. This took care of my issues and turn signals function beautifully. Easy to install and so far seems quite durable. Turn signal duration and speed are easily adjusted with a small screwdriver.

20 people found this helpful

Helpful | Comment | Report abuse

**James A., Beebe**

★★★★★ **actually works for led signals on motorcycle**

Reviewed in the United States on February 19, 2019

Verified Purchase

This actually works! I'm surprised that this works at this price point. I used it after converting all the signals on a motorcycle to LED's. After replacement, all 4 flashed at once. If that happens, you have to remove the turn signal indicator bulb from the dash of the motorcycle. It works perfectly then.

9 people found this helpful

Helpful | Comment | Report abuse

 **AbnormalSpring**

★★★★★ **Great upgrade for the price.**

Reviewed in the United States on July 4, 2018

Verified Purchase

This flasher relay works great. It allowed me to get rid of my thermal relay that would not work with LED lights.

With this flasher I was able to install LED lights on my turn signals and my wiring did not need any modification. Have only had installed for about 2 weeks so i can not yet speak of the duribility.

10 people found this helpful

Helpful | Comment | Report abuse

**zash13**

★★★★★ **It works.**

Reviewed in the United States on March 21, 2017

Verified Purchase

I have a '92 Suzuki DR350S and installed new turn signals. They were not LED, but they have a low current draw like LED's. The stock flasher relay needs the high current draw of the original turn signals to function. With my new turn signals, the stock flasher would not activate (flash). The turn signals would come on solid and stay on. They were not pulling enough current to activate the stock flasher. This flasher relay fits the motorcycle's pins and even the factory mount with that tab on the side. Plugged it in and it works, period.

14 people found this helpful

Helpful | Comment | Report abuse

See all reviews ›

## Top reviews from other countries

 **Amazon Customer**

★★★★★ **This just might be the one you're looking for.**

Reviewed in India on November 11, 2019

Verified Purchase

Works as intended and thus I have absolutely zero complaints whatsoever. Ease of installation depends on the motorcycle since the product itself is plug'n play. I however had to undo several panels since Kawasaki likes playing hide and seek with their relays.

Report abuse

 **Rohan**

★ **Dont buy**

Reviewed in India on June 30, 2019

Verified Purchase

Mandatory one star else would hv given zero. Doesn't work. My bad luck I installed after the return date

Report abuse

 **Nitin Harisankar Pal**

★★★★ **Worth of money**

Reviewed in India on July 11, 2019

Verified Purchase

Working very good but quality is low

Report abuse

**Santosh w.**

★★★★★ **Excellent product**

Reviewed in India on July 24, 2019

Verified Purchase

Nice product and easy to install

Report abuse

 **Gagandeep**

★★★★★ **Five Stars**

Reviewed in India on April 8, 2017
**Verified Purchase**
It works great product
One person found this helpful
Report abuse

See all reviews ›

**Pages with related products.** See and discover other items: honda motorcycle accessories, kawasaki motorcycle accessories, led lights bulbs for motorcycle, motorcycle accessories and parts, power relay, suzuki motorcycle accessories

### Inspired by your browsing history     Page 1 of 7

     

FEIFEIER 12V Motorcycle Integrated Brake Tail Light & Turn Signals License Plate bracket… 292 $12.98

SoundOriginal Universal Motorcycle Electric Horns Auto Horns Loud kit 12V 1.5A 105db… 542 $8.99

VOFONO Compatible with for Honda Grom 2013-2019 Front Amber Flush 12 LED Turn… 182 $21.99

Evomosa Mini Stalk Arrow Light Motorcycle Turn Signals Lights Universal Motorbike… 385 $14.99

Dewhel 12V 0.02A-10A 2-Pin CF-12 Electronic LED Flasher Relay Fix For Turn Signal Light Fast… 357 $7.99

CCAUTOVIE Motorcycle Turn Signal Lights Led Indicators Flowing LED Turn Signal Blinker For… 140 $12.99

### Best sellers in Kindle eBooks     Page 1 of 6

      

American Dirt (Oprah's Book Club): A Novel ›Jeanine Cummins 26,335 Kindle Edition $14.99

The Coast-to-Coast Murders ›James Patterson 3,867 Kindle Edition $14.99

A Promised Land ›Barack Obama 4,523 Kindle Edition $17.99

Make Me Yours ›Melanie Harlow 535 Kindle Edition $2.99

Victory at Prescott High (The Havoc Boys Book 5) ›C.M. Stunich 38 Kindle Edition $4.99

If You Tell: A True Story of Murder, Family… ›Gregg Olsen 20,519 Kindle Edition $1.99

**Your Browsing History** View or edit your browsing history ›     Page 1 of 2     See personalized recommendations

       

Sign in

New customer? Start here.

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Business Card | Your Orders |
| Sustainability | Advertise Your Products | Amazon Business Line of Credit | Shipping Rates & Policies |
| Press Center | Self-Publish with Us | Shop with Points | Amazon Prime |
| Investor Relations | Host an Amazon Hub | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | › See More Make Money with Us | Reload Your Balance | Manage Your Content and Devices |
| Amazon Tours | | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

     English      United States



2 results for **"KTM"**  Sort by: Featured

Price and other details may vary based on size and color



**AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash**

★★★★☆ 1,073
$9.99
**Save $4.00** with coupon
✓prime Get it as soon as **Sat, Dec 5**
FREE Shipping on orders over $25 shipped by Amazon



**Audew Bike Cover Outdoor Waterproof Bicycle Cover with Lock Holes Windproof Dustproof UV Resistant for Mountain Bike Road Bike**

★★★★☆ 245
$15.69
✓prime Get it as soon as **Sat, Dec 5**
FREE Shipping on orders over $25 shipped by Amazon

## Need help?

Visit the help section or contact us

## Deals in magazine subscriptions    Page 1 of 7

     

| Southern Living | National Geographic Kids | TIME | HGTV Magazine | Martha Stewart Living | Time |
|---|---|---|---|---|---|
| ★★★★☆ 65 | ★★★★☆ 7,930 | ★★★★☆ 2,184 | ★★★★☆ 37 | ★★★★☆ 5,236 | ★★★★☆ 25 |
| Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine | Print Magazine |
| $5.00 | $20.00 | $5.00 | $10.00 | $5.00 | $10.00 |

## Best sellers in Kindle eBooks    Page 1 of 6

     

| American Dirt (Oprah's Book Club): A Novel › Jeanine Cummins | The Coast-to-Coast Murders › James Patterson | A Promised Land › Barack Obama | Make Me Yours › Melanie Harlow | Victory at Prescott High (The Havoc Boys Book 5) › C.M. Stunich | If You Tell: A True Story of Murder, Family… › Gregg Olsen |
|---|---|---|---|---|---|
| ★★★★☆ 26,335 | ★★★★☆ 3,867 | ★★★★★ 4,523 | ★★★★☆ 535 | ★★★★★ 38 | ★★★★☆ 20,519 |
| Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition | Kindle Edition |
| $14.99 | $14.99 | $17.99 | $2.99 | $4.99 | $1.99 |

**Your Browsing History**  View or edit your browsing history ›    Page 1 of 2    See personalized recommendations

       

Sign in
New customer? Start here.

Back to top

 

**SIGN IN**    **SHIPPING & PAYMENT**    GIFT OPTIONS    PLACE ORDER

## Choose your shipping options

[ Continue ]

### Shipment 1 of 1

**Shipping from Amazon.com**    (Learn more)

Shipping to: ▇▇▇ , 1001 FOSTER AVE, BENSENVILLE, IL, 60106-1445 United States

- **AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash**
  **$9.99** - Quantity: 30
  Sold by: Race_ing

Change quantities or delete

**Choose a delivery option:**

Good news ▇▇▇, we're giving you a 30-day FREE trial of Prime

○ FREE Prime Delivery with a free trial of 
○ **Tuesday, Dec. 8**
   **FREE Shipping**
● **Friday, Dec. 4**
   $11.59 - Shipping

[ Continue ]

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

amazon.com

SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

# Review your order

**Shipping address** Change
[redacted]
1001 FOSTER AVE
BENSENVILLE, IL 60106-1445
United States
Phone: [redacted]
Add delivery instructions
Ship to multiple addresses

**Payment method** Change
ending in [redacted]

**Billing address** Change
Same as shipping address

**Add a gift card, promotion code, or voucher**
Enter Code | Apply

FREE TRIAL

**[redacted], we'd hate for you to miss out on a FREE 30-day trial of Prime**
Save $11.59 on eligible items in this order and get the best of shopping and entertainment by trying Prime FREE for 30 days.

Try Prime FREE for 30 days
No hassle. No commitments. Cancel anytime.

**Delivery: Dec. 4, 2020** If you order in the next 2 hours and 33 minutes (Details)

**AUDEW 2-Pin Electronic Turn Signal Flasher Relay Fix Motorcycle Turn Signal Hyper Flash**
$9.99 & FREE Returns
Amazon Prime eligible Join now
**Quantity:** 30 Change
Sold by: Race_ing
Add a gift receipt
and see other gift options

**Choose a delivery option:**
- FREE Prime Delivery with your free trial of amazon prime
- **Tuesday, Dec. 8** FREE Shipping
- **Friday, Dec. 4** $11.59 - Shipping

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items (30): | $299.70 |
| Shipping & handling: | $11.59 |
| Total before tax: | $311.29 |
| Estimated tax to be collected: | $18.60 |
| **Order total:** | **$329.89** |

How are shipping costs calculated?

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc.

