# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

KTM AG

                Plaintiff,

v.                                           Case No.: 1:21−cv−01280
                                                     Honorable Gary Feinerman

MIDUDU, et al.

                Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Motion for extension of time [50] is granted. The deadline for Counter−Defendant KTM AG to file a responsive pleading to Defendant Race_ings counterclaim [37] is extended to 6/8/2021.Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.