# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

KTM AG

                      Plaintiff,

v.                                    Case No.: 1:21–cv–01280
                                          Honorable Gary Feinerman

MIDUDU, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

       MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, motion to dismiss [43] is denied as moot. For the reasons stated on the record, Defendant Race_ing's motion to dissolve the preliminary injunction [47] and Defendants' motion to modify preliminary injunction [52] are granted. The preliminary injunction order entered [30] is vacated in its entirety. The 6/30/2021 motion hearing [45] shall stand. Attorneys/Parties should appear for the 6/30/2021 hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.