**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KTM AG, | ) | |
| | ) | Case No. 21-cv-1280 |
| Plaintiff, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED | ) | |
| LIABILITY COMPANIES, PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS IDENTIFIED | ) | |
| ON SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff KTM AG and Defendant No. 73 "Podoy", through undersigned counsel, hereby stipulate and agree to the voluntary dismissal of the Complaint relative to the above Defendant and the Counterclaim [Dkt. No. 41] in this matter with prejudice. The Amended Motion to Dismiss [Dkt. No. 44] as to Defendant No. 73 "Podoy" is rendered moot. Each party shall bear its own attorney's fees and costs.


s/Michael A. Hierl                            
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com

Attorneys for Plaintiff
KTM AG

Dated: July 7, 2021

s/Erin Kathryn Russell                            
The Russell Firm, LLC
833 W. Chicago Avenue
Suite 508
Chicago, IL 60642
(312) 994-2424
erin@russellfirmip.com



Attorney for Defendant
"Podoy"


SO ORDERED:


_____

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Stipulation of Voluntary Dismissal with Prejudice was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on July 7, 2021.

_s/Michael A. Hierl_____